

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**HAYS STREET BRIDGE RESTORATION GROUP**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Appellee's motion for leave to amend and supplement brief is hereby GRANTED.

It is so **ORDERED** on September 29, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court